IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL BLODGETT,<br><br>on behalf of himself and all<br>others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TFORCE LOGISTICS EAST, LLC<br>f/k/a TFORCE FINAL MILE, LLC<br><br>Defendant. | C.A. No. 4:22-cv-10308 |

## ORDER OF DISMISSAL

**A. KELLEY, D.J.**

In accordance with the parties' Notice of Settlement and Stipulation of Dismissal Without Prejudice (Dkt. No. 28), it is hereby ORDERED, that the above-entitled action be **DISMISSED WITHOUT PREJUDICE.**

By the Court:
Robert M. Farrell, Clerk

Dated: October 4, 2022

/s/ Miguel A. Lara
Deputy Clerk